# United States District Court
# For The Western District of North Carolina
# Charlotte Division

ANTHONY J. HERRON,,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                       3:12-cv-430-FDW, 3:09-cr-26

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2012 Order.

                                                Signed: October 17, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court